# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 04-339 consolidated with 04-338

**STATE OF LOUISIANA**

**VERSUS**

**ROBERT THOMAS SMITH**

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 270,559
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE

**********

**ULYSSES GENE THIBODEAUX
CHIEF JUDGE**
**********

Court composed of Ulysses Gene Thibodeaux, C.J., Billie Colombaro Woodard, and Oswald A. Decuir, Judges.

**WOODARD, J., CONCURS IN THE RESULT.**

> **R E V E R S E D   A N D   R E M A N D E D ; CONVICTIONS AND SENTENCES VACATED AND SET ASIDE.**

James C. Downs
District Attorney - Ninth Judicial District Court
Michael W. Shannon
Assistant District Attorney
P. O. Drawer 1472
Alexandria, LA 71309
Telephone:  (318) 473-6650
COUNSEL FOR:
        Plaintiff/Appellee - State of Louisiana

Karen G. Arena
Louisiana Appellate Project
110 Veterans Boulevard - Suite 222
Metairie, LA 70005
Telephone:  (504) 828-6870
COUNSEL FOR:
        Defendant/Appellant - Robert Thomas Smith

**Robert Thomas Smith**
**Pro Se**
**Louisiana State Penitentiary**
**Angola, LA 70712**

THIBODEAUX, Chief Judge.

For the reasons discussed in the consolidated case of *State of Louisiana v. Robert Thomas Smith*, 04-338 (La.App. 3 Cir. ___/___/04), ___ So.2d ___, the Defendant's convictions and sentences are vacated and set aside. This case is remanded to the trial court for further proceedings.

**REVERSED AND REMANDED; CONVICTIONS AND SENTENCES VACATED AND SET ASIDE.**